IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH CULBRETH, as Independent Administrator of the Estate of Charles Jones, | ) ) ) | |
| Plaintiff, | ) | Case No. 16 C 6146 |
| v. | ) ) | |
| CITY OF CHICAGO, Illinois, a municipal Corporation, Chicago Police Officers ANTRINIUS ANDRES (11584) JOSE A. RIVERA (14928); MICHAEL R. RUCKER (18382), BRIAN T. KENNEDY (1826), EUGENE KLAMERUS (2032), CHARLES E. GRAY (301), Chicago Police Detention Aides J.D. RATTLER, LEO WILLIS, TONY WORMLEY, and other UNKNOWN CHICAGO POLICE OFFICERS and DETENTION AIDES, | ) ) ) ) ) ) ) ) ) ) ) ) | Judge Dow |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: All Counsel of Record

**PLEASE TAKE NOTICE** that on this 15th day of July 2016, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANT CITY OF CHICAGO'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means to all counsel of record on this 15th day of July 2016.

Respectfully submitted,

By: /s/ Lindsey Vanorny
Assistant Corporation Counsel
Attorney for City of Chicago
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0234
Attorney No. 6303642