# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH CULBRETH, as Independent Administrator of the Estate of Charles Jones, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 16 CV 6146 |
| The CITY OF CHICAGO, et al., | ) ) | Judge DOW |
| Defendants. | ) ) | Magistrate Judge VALDEZ |

### PLAINTIFF'S AMENDED DEPOSITION SCHEDULE STATUS REPORT

Pursuant to this Court's January 18, 2018 order, Plaintiff submits the following amended[1] status report concerning Defendants' late disclosure of COPA witness and defendant issues and the effect this disclosure may have on scheduled depositions:

**I. Depositions Taken.**

- Plaintiff Deborah Culbreth
- Joseph Woods
- Ola Coleman
- Deattra Woolfolk
- Donna Williams
- Dr. Ariel Goldschmidt
- Tasha Dotson

**II. Depositions Noticed by Plaintiff.**

---

[1] In her haste to file the status report pursuant to this Court's order yesterday, Plaintiff's counsel mistakenly listed Defendant Officer Frederick Jackson's deposition as not yet confirmed and did not note a change in Defendant Officer Michael Rucker's previously confirmed deposition. Counsel for Defendant Officers notified Plaintiff's counsel of her mistake and the parties have agreed to Plaintiff filing an amended status report.

Plaintiff has noticed the following depositions:

| Deponent | Date Noticed | Status |
| --- | --- | --- |
| Defendant Officer Antrinius Andrews | December 14, 2017 | Confirmed for 2/16/18 at 10:00 a.m. |
| Defendant Officer Jose Rivera | January 2, 2018 | Confirmed for 2/13/18 at 1:00 p.m. |
| Defendant Officer Michael Rucker | January 5, 2018 | Confirmed for 1/25/18 at 1:00 p.m.[2] |
| Defendant Officer Ronald Burrell Jr. | January 8, 2018 | Confirmed for 2/21/18 at 1:00 p.m. |
| Defendant Officer Beverly Glinsey | January 10, 2018 | Canceled by Defendants on 1/9/18 due to an "unforeseen circumstance" |
| Defendant Officer Jill Johnson | January 12, 2018 | Date not confirmed |
| Defendant Detention Aide John Rattler | January 16, 2018 | Date not confirmed |
| Defendant Detention Aide Leo Willis | January 18, 2018 | Canceled by Defendants on 1/17/18 due to the late disclosure (the night before the deposition) that Willis and six other witnesses had been interviewed by COPA |
| Defendant Detention Aide Tony Wormley | January 22, 2018 | Canceled on 1/18/18 due to the late disclosure that six Defendant Officers and one police officer witness had been interviewed by COPA |
| Defendant Detention Aide Frederick Jackson | January 24, 2018 | Confirmed for 1/24/18 at 1:00 p.m. |
| Defendant Detention Aide Rodney Jackson | January 26, 2018 | Date not confirmed |
| Defendant Officer Charles Gray | January 29, 2018 | Date not confirmed |
| Defendant Officer Steven Smith | January 31, 2018 | Date not confirmed |
| Defendant Officer Brian Kennedy | February 2, 2018 | Confirmed for 2/23/18 at 10:00 a.m. |
| Defendant Officer Eugene Klamerus | February 5, 2018 | Confirmed for 1/30/18 at 1:00 p.m. |
| Detective Michael Rooks | February 7, 2018 | Date not confirmed |
| Paramedic Matthew Frazen | February 9, 2018 | Date not confirmed |

---

[2] Officer Rucker's deposition will need to be rescheduled as Maurice Smith's deposition was scheduled for the afternoon of January 25, 2018 during the January 18, 2018 hearing on Defendant Officers' motion for rule to show cause.

| | | |
|---|---|---|
| Paramedic Christopher McCormick | February 12, 2018 | Date not confirmed |
| M.E. Investigator D. Hampton | February 14, 2018 | Date not confirmed |

Counsel for Plaintiff and Defendants have been working diligently with all parties to schedule the remaining unconfirmed depositions.

**III.  Plaintiff does not yet know if she has a complete investigative file and thus cannot warrant that she has all relevant documents relating to the witnesses already scheduled for their depositions.**

Plaintiff does not know if Defendants' production of the Civilian Office of Police Accountability's ("COPA") investigation into the death of her nephew, Charles Jones is complete. In each investigation, COPA maintains an electronic file and at least one "working file." Based on the City's production yesterday evening and this morning, at least seven audio-recorded statements were not uploaded to COPA's computer system from the "working file," and apparently, none of the lawyers in this case ever spoke to the investigator conducting the investigation to determine what did or did not exist. Thus, Plaintiff's counsel is not at all satisfied that the City's production is complete with respect to its investigation into Jones's custodial death. Plaintiff's counsel has already requested via an email on today's date, complete production of both the electronic and the working file at COPA. Plaintiff's counsel is willing to conduct depositions as scheduled, but if she learns of additional documents or statements relevant to an already deposed witness, she will be requesting a second deposition on those documents. Thus, Plaintiff respectfully requests that this Court order Defendants to conduct a reasonably diligent search (which has not yet occurred, apparently) and to confirm in writing that no other responsive and relevant documents, audio recordings, or video recordings exist regarding the City's investigation into Jones's death.

Respectfully submitted,
/s Kathleen A. Hennessy
One of Plaintiff's Attorneys

/s Torreya L. Hamilton
One of Plaintiff's Attorneys

Torreya L. Hamilton
Kathleen A. Hennessy
HAMILTON LAW OFFICE, LLC
53 West Jackson Boulevard, Suite 452
Chicago, Illinois 60604
312.726.3173