UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Deborah Culbreth
                Plaintiff,

v.                                  Case No.: 1:16−cv−06146
                                    Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2018:

      MINUTE entry before the Honorable Maria Valdez: Defendants are ordered to advise Plaintiff prior to the currently−scheduled depositions whether the delayed COPA production relates to any pending depositions. Plaintiff may then decide whether or not to go forward with the depositions at this time. In making this decision, Plaintiffs are cautioned that the Court does not intend to allow multiple depositions of witnesses to go forward. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.