# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Deborah Culbreth
                        Plaintiff,

v.                                            Case No.: 1:16−cv−06146
                                                    Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 8, 2018:

      MINUTE entry before the Honorable Maria Valdez: Settlement conference held on 8/8/18. Parties were encouraged to continue settlement discussions, and advise the Court on 8/9/18 if those discussions were fruitful. Plaintiff's counsel reports a settlement has been reached. Dismissal documents are to be filed with the District Judge. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.